# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS D. ARNOLD,<br><br>  Petitioner,<br><br>  v.<br><br>FELIPE MARTINEZ, JR., Warden,<br><br>  Respondent. | Case No. CV 20-8694 DMG (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's "Motion to Object to Magistrate Judge's Recommendation," which, although apparently filed in response to the Court's Order to Show Cause, is functionally and substantively an objection to the recommendations in the Report and Recommendation and is thereby construed as such. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action without prejudice. Petitioner's request for leave to proceed in forma pauperis [Doc. # 4] is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE