**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS D. ARNOLD, | Case No. CV 20-8694 DMG (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FELIPE MARTINEZ, JR., Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  September 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE